*Form 237* (3/23)–doc 25

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Nicole M Colamesta | ) | Case No. 24–10585–amc |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE

To 2438–54 Federal Street Condominium Association;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that proof of claim #14 in the amount of $6368.98 has been filed in your name by the Debtor on 7/5/24.

Date: July 8, 2024

For The Court

Timothy B. McGrath
Clerk of Court